### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS
### KANSAS CITY DIVISION

| | | |
|---|---|---|
| **BISHOP RINK HOLDINGS, LLC, d/b/a ICE MIDWEST,** | * * * | |
| Plaintiff, | * * | |
| v. | * * | CIVIL ACTION NO.: 2:12-cv-02715-JAR-KGG |
| **CIMCO REFRIGERATION, INC.,** | * * | |
| Defendant. | * * * | |

### STIPULATION OF DISMISSAL WITH PREJUDICE

COMES NOW, the parties, by and through their undersigned counsel of record, pursuant to Federal Rule of Civil Procedure 41(a)(1) and this Court's Order (Doc. 59), **AND HEREBY STIPULATE AND AGREE** that the above-referenced action be dismissed with prejudice, each party to bear its own costs, expenses, and fees.

.                                                        Respectfully Submitted,


DOUTHIT FRETS ROUSE GENTILE & RHODES, LLC


 /s/ Jeffrey D. Rowe
Randall L. Rhodes     KS #15811
Jeffrey D. Rowe       KS #23083
Brennan B. Delaney    KS #23956
5250 W. 116th Place, Suite 400
Leawood, Kansas 66211
Telephone: (913) 387-1600
Facsimile: (913) 928-6739
rrhodes@dfrglaw.com
jrowe@dfrglaw.com
bdelaney@dfrglaw.com
ATTORNEYS FOR PLAINTIFF

BAKER STERCHI COWDEN & RICE, LLC


_____/s/John A. Watt_____
J. Scott Kreamer			KS #14374
John A. Watt			KS #20175
9393 W. 110th Street, Suite 500
Overland Park, KS  66210
(816) 471-2121 Phone
(816) 472-0288 Facsimile
kreamer@bscr-law.com
watt@bscr-law.com
ATTORNEYS FOR DEFENDANT
CIMCO REFRIGERATION, INC.


## CERTIFICATE OF SERVICE

I hereby certify that on October 15, 2013, a true and correct copy of the foregoing was electronically filed with the Court using the CM/ECF system, which sent notification to all parties of interest participating in the CM/ECF system.


/s/ Jeffrey D. Rowe_____
Attorney